

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

## O R D E R

On July 26, 2018, after the court reporter filed a notice of late record and advised this court that Appellant has not paid the fee to prepare the reporter's record, we ordered Appellant to file written proof with this court by August 6, 2018, that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

On the due date, Appellant filed a written response indicating she has paid for the reporter's record. Our July 26, 2018 order is satisfied.

The reporter's record is due on September 5, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court